```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Everett Donovan Williams

    v.                                                                        Case No. 1:23-cv-78-PB-AJ

FCI Berlin

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 19, 2024, and grant the motion for summary judgment (Doc. No. 5). The clerk of court is directed to enter judgment and close the case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                                  __/s/Paul Barbadoro_____
                                                                   Paul J. Barbadoro
                                                                   United States District Judge

Date: February 7, 2024

cc:  Everett Donovan Williams, pro se
     Counsel of Record